# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 1, 2019

## NO. 03-18-00809-CV

**David L. Deyle, Appellant**

**v.**

**Mary Scales and Johnnie Victor Thomas, Jr., Appellees**

**APPEAL FROM THE COUNTY COURT AT LAW OF BASTROP COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the order signed by the trial court on November 16, 2018. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.